**Order entered March 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00181-CR

**JOSE ISMAEL ARREOLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-12-00581-N**

## ORDER

The Court **GRANTS** appellant's March 15, 2013 motion to substitute counsel.

We **ORDER** the Clerk of the Court to remove Kenneth Weatherspoon as counsel for appellant on appeal and substitute Gary A. Udashen.

/s/     DAVID EVANS
            JUSTICE